| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **AIG Financial Products Corp.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **N/A** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-3389410** |
| 4. | Debtor's address | **Principal place of business**<br><br>**50 Danbury Road**<br>**Wilton, CT 06897**<br>Number, Street, City, State & ZIP Code<br><br>**Fairfield**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.aig.com (corporate website for all AIG affiliated entities)** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **AIG Financial Products Corp.**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5239**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **AIG Financial Products Corp.**  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☒ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **AIG Financial Products Corp.**          Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/14/2022**
               MM / DD / YYYY

X **/s/ William C. Kosturos**                        **William C. Kosturos**
Signature of authorized representative of debtor      Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Michael R. Nestor**                        Date  **12/14/2022**
Signature of attorney for debtor                          MM / DD / YYYY

**Michael R. Nestor**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-571-6600**    Email address  **mnestor@ycst.com**

**3526 (DE)**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF
AIG FINANCIAL PRODUCTS CORP.**

**December 13, 2022**

The undersigned, being all of the members of the board of directors (the "**Board**") of AIG Financial Products Corp., a Delaware corporation (the "**Company**"), pursuant to the Company's Amended and Restated By-Laws and the General Corporation Law of the State of Delaware and based on the advice of the Company's professionals and advisors, and after thorough discussions, hereby take the following actions and adopt, approve, and consent to the following resolutions by written consent as of the date hereof:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company, and the Company's business on the date hereof, including the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and other advisors as to the risks and benefits of pursuing a bankruptcy proceeding for the Company under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, its stockholder, and other interested parties that the Company seek relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person (as defined below) shall be, and hereby is, authorized on behalf of the Company, to take all such steps and do all such acts and things as the Company or such Authorized Person shall deem necessary or advisable to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**"), including, but not limited to, executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), making any and all other necessary filings with the Bankruptcy Court and any other filings that such Authorized Person determines to be necessary or advisable, making and executing any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, signing or endorsing any checks, posting any bonds, and paying any fees and expenses in connection therewith, and taking any and all actions to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolutions, each such petition, application, certificate, document or other instrument, in such form and at such time as the Authorized Person executing the same shall determine; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to enter into such forbearance agreements, waivers, amendments or modifications, confirmations, terminations, or other supplements or agreements relating to the Company's existing indebtedness

and/or existing derivative, structured lease, or other financial transactions as may be deemed necessary or appropriate by such Authorized Person; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that (i) the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to (a) take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities; and (b) negotiate, execute, deliver, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all debtor-in-possession or other loan agreements, notes, guaranties, security agreements, pledge agreements, intercreditor agreements, subordination agreements, financing statements, mortgages, account control agreements, intellectual property security agreements, and all other documents, agreements or instruments (collectively, the "**Credit Documents**") and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case, any post-petition financing or any cash collateral usage contemplated hereby or thereby and (ii) any transactions contemplated by the Credit Documents are in all respects approved; and it is further

**RESOLVED**, that any guaranty and/or incurrence of indebtedness, grant of security interests and/or pledges by the Company as contemplated in any of the Credit Documents, and any additional liens pursuant to any additional security agreements, pledge agreements or similar documents that any agent or lender under the Credit Documents may require are hereby authorized, approved and adopted, as applicable; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Young Conaway Stargatt & Taylor, LLP to represent the Company, as a debtor and debtor in possession, in connection with the Chapter 11 Case on the terms set forth in their engagement letters with the Company, which are hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Latham & Watkins LLP and Young Conaway Stargatt & Taylor, LLP as co-counsel; and it is further

**RESOLVED,** that Alvarez & Marsal North America, LLC, be and hereby is, authorized and empowered to represent and assist the Company as its financial advisor and to provide a chief restructuring officer (a "**CRO**") to act on the Company's behalf and to oversee the successful prosecution of the Chapter 11 Case, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Alvarez & Marsal North America, LLC in the Chapter 11 Case; and it is further

**RESOLVED,** that each Authorized Person be, and hereby is, authorized to employ any other legal, restructuring, financial, accounting, bankruptcy services firms, and other professionals (together with the foregoing firms, the "**Professionals**") to assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals, as necessary; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, with power of delegation, authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that each of the aforementioned retained advisors of the Company is hereby authorized to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the commencement of the Chapter 11 Case; and it is further

**RESOLVED**, that the Company is authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to the extent applicable, to (i) enter into negotiations with any interested parties regarding a purchase of any or all of the assets of the Company whether pursuant to a plan of reorganization or otherwise (each a "**Sale**"); (ii) file one or more motions with the Bankruptcy Court seeking approval of any Sale and/or bidding or other sale procedures to be used to facilitate any Sale; (iii) organize and manage a Sale process, which may take the form of an auction or any other process as such Authorized Person deems necessary or appropriate and which may include the identification of a stalking horse bidder and the negotiation and entry into an agreement with such stalking horse bidder; (iv) execute and deliver an agreement providing for a Sale according to the terms negotiated by the Company and such Authorized Person and such additional agreements, consents, certificates, amendments, and instruments as may be necessary or appropriate to obtain approval of and/or to effectuate a Sale (collectively, the "**Sale Documents**"); and (v) if necessary or appropriate, seek approval from the Bankruptcy Court for authority under the Bankruptcy Code and any other relevant or applicable federal, state, local, or non-U.S. law to consummate a Sale; and it is further

**RESOLVED**, that the foregoing resolutions shall be deemed to also authorize the Company to act in its capacity as stockholder, member, manager and/or general or limited partner,

as applicable, of any of its subsidiaries to authorize any actions by such subsidiaries in connection with the consummation of the transactions contemplated by the Credit Documents or Sale Documents or in the Chapter 11 Case and to execute any stockholder, shareholder, member, partner, or similar consent required or requested by any subsidiary of the Company to authorize it to take any of the actions contemplated by the Company's *Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code* (the "**Plan**"); and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, acting alone or in any combination, authorized and empowered, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, in such form as the Authorized Person performing or executing the same shall approve, and as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Paul Stubbs and Timothy Allison; and it is further

**RESOLVED,** that facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

4

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of the Company, have executed this Unanimous Written Consent effective as of the date first set forth above. This Unanimous Written Consent may be executed in any number of counterparts, each of which shall constitute an original and all of which shall constitute one action. Any copy, facsimile, or other reliable reproduction of this Unanimous Written Consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

_____
Paul Stubbs

_____
John S. Dubel

_____
Pamela Corrie

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of the Company, have executed this Unanimous Written Consent effective as of the date first set forth above. This Unanimous Written Consent may be executed in any number of counterparts, each of which shall constitute an original and all of which shall constitute one action. Any copy, facsimile, or other reliable reproduction of this Unanimous Written Consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

_____
Paul Stubbs

_____
John S. Dubel

_____
Pamela Corrie

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of the Company, have executed this Unanimous Written Consent effective as of the date first set forth above. This Unanimous Written Consent may be executed in any number of counterparts, each of which shall constitute an original and all of which shall constitute one action. Any copy, facsimile, or other reliable reproduction of this Unanimous Written Consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

_____
Paul Stubbs

_____
John S. Dubel

*/s/ Pamela Corrie*
_____
Pamela Corrie

US-DOCS\134170269

Debtor  __AIG Financial Products Corp.__   Case number (*if known*)_____
           Name

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AIG FINANCIAL PRODUCTS CORP.,                                  :    Case No. 22–_____ (    )
                                                               :
          Debtor.                                              :
---------------------------------------------------------------- x

## STATEMENT OF CORPORATE OWNERSHIP

The following is the list of entities that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder Name | Percentage of Equity Interests Held |
|---|---|
| American International Group, Inc. | 100% |

| Debtor | **AIG Financial Products Corp.** | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                    :     Chapter 11
                                                          :
AIG FINANCIAL PRODUCTS CORP.,                             :     Case No. 22–_____ (    )
                                                          :
     Debtor.                                              :
---------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the above-captioned debtor's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| **Holder Name** | **Mailing Address of Holder** | **Percentage of Interests Held** |
|---|---|---|
| American International Group, Inc. | 1271 Avenue of the Americas, New York, New York 10020 | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  <u>AIG Financial Products Corp.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
(State)

Case number (*If known*): _____

<u>Official Form 202</u>
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ *Other document that requires a declaration* <u>Statement of Corporate Ownership and List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>12/14/2022</u>
        MM / DD / YYYY

✗ <u>/s/ William C. Kosturos</u>
Signature of individual signing on behalf of debtor

<u>William C. Kosturos</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AIG FINANCIAL PRODUCTS CORP.[1] | Case No. 22-_____ (_____) |
| Debtor. | |

---

## LIST OF CREDITORS HOLDING THE
## LARGEST UNSECURED CLAIMS

AIG Financial Products Corp. (the "**Debtor**") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. A list of creditors holding the largest unsecured claims is included herewith (the "**Largest Unsecured Creditors List**").

The Largest Unsecured Creditors List is based on the Debtor's books and records as of approximately December 13, 2022, and was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Largest Unsecured Creditors List does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31).[2]

The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are 9410. The Debtor's mailing address is 50 Danbury Road, Wilton, CT 06897.

[2] For the avoidance of doubt, the Debtor's inclusion, or failure to include, any party on the Largest Unsecured Creditors List shall not constitute an admission that such party is or is not an "insider" of the Debtor as set forth in 11 U.S.C. § 101(31).

| Fill in this information to identify the case: |
|---|
| Debtor name: <u>AIG Financial Products Corp.</u> |
| United States Bankruptcy Court for the: <u>District of Delaware</u> |
| Case number (If known): _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DCP Plaintiffs[1] C/O Kobre & Kim LLP 800 Third Avenue New York, NY 10022 | Attn: Steven W. Perlstein Title: Partner Phone: (646) 488-1200 Email: steven.perlstein@kobrekim.com | Litigation | Contingent Unliquidated Disputed | | | Undetermined |

[1] "DCP Plaintiffs," as identified in Exhibit 1, refer to those individuals who have asserted claims in the pending action titled: Arthurs, et al. v. AIG Fin. Prod. Corp., Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. Dec. 6, 2019)

**Exhibit 1**
**DCP Plaintiffs**

| | |
|---|---|
| Ackert, David | Mihaly, Matthew |
| Arthurs, Lee | Palazzo, Joann |
| Bell, Mitchell | Park, Eugene |
| Bengston, Erik | Partner, Andrew |
| Bradshaw, Paul | Peterson, Carl |
| Buttke, Thomas | Pike, Steven |
| Capetta, John | Plagemann, Thomas |
| Chang, David | Powell, Robert |
| Chang, Robert | Raab, Daniel |
| Desantis, Jason | Reed, Ann |
| Fabbro, Richard | Satanovsky, Dmitry |
| Farrar, Kenneth | Schreiner, Paul |
| Fraade, Jonathan | Singer, Mary Heather |
| Giesler Jr., Carl | Stein, Keith |
| Haas, James | Strohm, Frank |
| Hsieh, Charles | Sullivan Jr., Timothy |
| Kalb, Thomas | Toft, Chris |
| Kushner, Thomas | Tom, Joe |
| Leary, Robert | Vetter, Ryan |
| Liebergall, Jonathan | Wagar, Steven |
| Litwak, Nathaniel | Ward, Thomas |
| Lynch, Brendan | Wayne, Martin |
| Medioli, Alfred | Wolf, James |

Debtor  **AIG Financial Products Corp.**                                          Case number (*if known*)_____
        Name

Fill in this information to identify the case and this filing:

Debtor Name   AIG Financial Products Corp.

United States Bankruptcy Court for the: District of Delaware
                                                    (State)

Case number (*If known*):_____

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ☐ *Schedule H: Codebtors (Official Form 206H)*

- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

- ☐ *Amended Schedule* _____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/14/2022
              MM / DD / YYYY

✗   /s/ William C. Kosturos
Signature of individual signing on behalf of debtor

William C. Kosturos
Printed name

Chief Restructuring Officer
Position or relationship to debtor