# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re: : Chapter 11
:
AIG FINANCIAL PRODUCTS CORP.,[1] : Case No. 22-11309 (\_\_\_\_\_)
:
Debtor. :
:
---------------------------------------------------------- x

## CERTIFICATION OF DEBTOR'S CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a list of creditors (the "**Creditor Matrix**") of the above-captioned debtor and debtor in possession (the "**Debtor**") is filed by attachment hereto.

The Creditor Matrix has been prepared from the Debtor's books and records. The undersigned, William C. Kosturos, Chief Restructuring Officer, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtor reserves the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is: AIG Financial Products Corp. (9410). The Debtor's address is 50 Danbury Road, Wilton, Connecticut 06897.

29709800.2

investigation with regard to possible defenses of the Debtor and its estate to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its estate for purposes of this chapter 11 case. Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority or amount of any claims that may be asserted against the Debtor and its estate.

Dated: December 14, 2022         */s/ William C. Kosturos*
                                 Name: William C. Kosturos
                                 Title: Chief Restructuring Officer

29709800.2

| | | |
|---|---|---|
| ACKERT, DAVID<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | ARTHURS, LEE<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | BARCLAYS BANK PLC<br>C/O BARCLAYS CAPITAL<br>ATTN: GENERAL COUNSEL<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| BELL, MITCHELL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | BENGSTON, ERIK<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | BMW JAPAN FINANCE CORP.<br>ATTN: RISK MANAGEMENT<br>WBG MARIVE EAST 12F<br>2-6, NAKASE, MIHAMA-KU, CHIBA CITY<br>CHIBA 261-7112 JAPAN |
| BNP PARIBAS<br>ATTN: BFI/BOLTIT<br>20 BOULEVARD DES ITALIENS<br>PARIS 75009<br>FRANCE | BNP PARIBAS<br>ATTN: DERIVATIVES OPERATIONS<br>8/13 KING WILLIAM STREET<br>LONDON EC4P 4HS<br>UNITED KINGDOM | BNY MELLON<br>ATTN: BILL MARSHALL, DIRECTOR<br>500 ROSS STREET, 8TH FLOOR<br>PITTSBURGH, PA 15262 |
| BNY MELLON<br>ATTN: JENNIFER GOERLICH<br>240 GREENWICH STREET<br>NEW YORK, NY 10286 | BNY MELLON-TREASURY SERVICES<br>500 ROSS STREET, SUITE 1320<br>PITTSBURGH, PA 15262 | BRADSHAW, PAUL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| BUTTKE, THOMAS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: DIRECTOR OF FINANCING<br>1121 L STREET, 7TH FLOOR<br>SACRAMENTO, CA 95814 | CANADIAN IMPERIAL BANK OF COMMERCE<br>ATTN: HEAD OF EUROPEAN OPERATIONS<br>COTTONS CENTRE<br>COTTONS LAND<br>LONDON SE1 2QL UNITED KINGDOM |
| CANADIAN IMPERIAL BANK OF COMMERCE<br>ATTN: VP, TRADING CREDIT RISK MGMT<br>161 BAY STREET, 11TH FLOOR<br>BCE PLACE<br>TORONTO, ON M5J 2S8 CANADA | CAPETTA, JOHN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | CENTRAL PUGET SOUND REGIONAL<br>TRANSIT AUTHORITY<br>ATTN: DIRECTOR OF FINANCE<br>UNION STATION, 401 S. JACKSON STREET<br>SEATTLE, WA 98104-2826 |
| CHANG, DAVID<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | CHANG, ROBERT<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | CITIBANK N.A.<br>25, CANADA SQUARE<br>CANARY WHARF<br>LONDON E14 5LB<br>UNITED KINGDOM |
| CITIBANK N.A.<br>ATTN: ROBERT L ATTRIDE, DIRECTOR<br>388 GREENWICH STREET<br>27TH FLOOR<br>NEW YORK, NY 10013-2375 | CODAN SERVICES LIMITED<br>CLARENDON HOUSE<br>2 CHURCH STREET<br>HAMILTON HM 11<br>BERMUDA | COMMISSIONER NAIC SECRETARY -<br>TREASURER EXECUTIVE COMMITTEE<br>ATTN: ANDREW N MAIS<br>153 MARKET ST., 7TH FL<br>HARTFORD, CT 06103 |
| COMMISSIONER NAIC SECRETARY -<br>TREASURER EXECUTIVE COMMITTEE<br>ATTN: ANDREW N MAIS<br>PO BOX 816<br>HARTFORD, CT 06142-0816 | CONNECTICUT DEPARTMENT OF<br>DEPARTMENT OF CONSUMER PROTECTION<br>450 COLUMBUS BLVD<br>STE 901<br>HARTFORD, CT 06103-1840 | CONNECTICUT DEPT OF REVENUE SERVICES<br>25 SIGOURNEY ST, SUITE 2<br>HARTFORD, CT 06106-5032 |
| CONNECTICUT DEPT OF REVENUE SERVICES<br>OPERATIONS DIVISION - INCOME TAX TEAMS<br>450 COLUMBUS BLVD., STE 1<br>HARTFORD, CT 06103-5032 | CONYERS CORPORATE SERVICES<br>(BERMUDA) LTD<br>CLARENDON HOUSE<br>2 CHURCH STREET<br>HAMILTON HM 11<br>BERMUDA | CREDIT SUISSE INTERNATIONAL<br>ATTN: GENERAL COUNSEL EUROPE<br>ONE CABOT SQUARE<br>LONDON E14 4QJ<br>UNITED KINGDOM |

| | | |
|---|---|---|
| CREDIT SUISSE INTERNATIONAL<br>ATTN: HEAD OF SYNTHETIC CDO GROUP<br>ONE CABOT SQUARE<br>LONDON  E14 4QJ<br>UNITED KINGDOM | DCP PLAINTIFFS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE  19904 |
| DEPARTMENT OF REVENUE SERVICES<br>450 COLUMBUS BLVD.<br>SUITE 1<br>HARTFORD, CT  06103 | DESANTIS, JASON<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 | DEUTSCHE BANK AG<br>ATTN: RISK MANAGEMENT GROUP<br>TAUNUSANLAGE 12<br>FRANKFURT  60325<br>GERMANY |
| DEUTSCHE BANK AG<br>ATTN: SWAP GROUP<br>6 BISHOPSGATE<br>LONDON  EC2P 2AT<br>UNITED KINGDOM | DEUTSCHE BANK AG<br>ATTN: TRADING & SALES/EVIDENZ<br>TAUNUSANLAGE 12<br>FRANKFURT  60325<br>GERMANY | DEXIA CREDIT LOCAL, NEW YORK BRANCH<br>1, PASSERELLE DES REFLETS -TOUR CBX<br>- LA DEFENSE 2<br>LA DÉFENSE CEDEX  92913<br>FRANCE |
| DISTRICT OF CONNECTICUT, DEIRDRE M. DALY<br>BRIDGEPORT OFFICE<br>1000 LAFAYETTE BLVD, 10TH FL<br>BRIDGEPORT, CT  06604 | DISTRICT OF CONNECTICUT, DEIRDRE M. DALY<br>HARTFORD OFFICE<br>450 MAIN ST, ROOM 328<br>HARTFORD, CT  06103 | DISTRICT OF CONNECTICUT, DEIRDRE M. DALY<br>NEW HAVEN OFFICE<br>CONNECTICUT FINANCIAL CENTER<br>157 CHURCH ST, FL 25<br>NEW HAVEN, CT  06510 |
| DUBEL & ASSOCIATES, LLC<br>PO BOX 535<br>COLTS NECK, NJ  07722 | FABBRO, RICHARD<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 | FARRAR, KENNETH<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 |
| FHL SPC ONE, INC.<br>1580 KAPIOLANI BLVD.<br>3RD FLOOR<br>HONOLULU, HI  96814 | FORT BENNING FAMILY COMMUNITIES LLC<br>2 COOPER STREET, 14TH FLOOR<br>CAMDEN, NJ  08101 | FORT EUSTIS<br>C/O BALFOUR BEATTY COMMUNITIES<br>1 COUNTRY VIEW ROAD, SUITE 100<br>MALVERN, PA  19355 |
| FORT STORY HOUSING LLC<br>C/O BALFOUR BEATTY COMMUNITIES<br>1 COUNTRY VIEW ROAD, SUITE 100<br>MALVERN, PA  19355 | FRAADE, JONATHAN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 | FRANCE-MANCHE, S.A.<br>ATTN: JACQUES GOUNON<br>19 BOULEVARD MALESHERBES<br>PARIS  75008<br>FRANCE |
| GIESLER JR., CARL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 | GMEI UTILITY<br>BERNHARDPLEIN 200<br>AMSTERDAM  1097 JB<br>NETHERLANDS | HAAS, JAMES<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 |
| HEWLETT-PACKARD FINANCIAL SERVICES CO.<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ  07974 | HSH NORDBANK AG<br>GERHART-HAUPTMANN-PLATZ 50<br>HAMBURG  20095<br>GERMANY | HSIEH, CHARLES<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY  10022 |
| INCAPS FUNDING I, LTD.<br>C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093 GT<br>SOUTH CHURCH STREET, GEORGE TOWN<br>GRAND CAYMAN  CAYMAN ISLANDS | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>21309 BERLIN RD UNIT 13<br>GEORGETOWN, DE  19947 | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>600 ARCH STREET<br>PHILADELPHIA, PA  19106 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE LOCAL OFFICE<br>611 S. DUPONT HWY<br>DOVER, DE 19904 | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>844 KING ST<br>WILMINGTON, DE 19801 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICES<br>ATTN: CENTRALIZED INSOLVENCY<br>OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| JOHN HANCOCK LIFE INSURANCE COMPANY<br>ONE JOHN HANCOCK PLACE<br>197 CLARENDON STREET<br>BOSTON, MA 02116 | JPMORGAN CHASE BANK<br>ATTN: INSTITUTIONAL TRUST SERVICE<br>JPMORGAN CHASE TOWER<br>600 TRAVIS STREET, 50TH FLOOR<br>HOUSTON, TX 77002 | JPMORGAN CHASE BANK<br>ATTN: STRUCTURED FINANCE SERVICES<br>450 WEST 33RD STREET, 15TH FLOOR<br>NEW YORK, NY 10001 |
| JPMORGAN CHASE BANK, N.A.<br>(F/K/A MORGAN GUARANTY TRUST)<br>ATTN: ABS SYNTHETICS MIDDLE OFFICE<br>4 NEW YORK PLAZA, 22ND FLOOR<br>NEW YORK, NY 10004 | JTC (JERSEY) LIMITED<br>28 ESPLANADE<br>ST. HELIER JE2 3QA<br>JERSEY | KALB, THOMAS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| KLDISCOVERY ONTRACK, LLC<br>8201 GREENSBORO DRIVE<br>SUITE 300<br>MCLEAN, VA 22102 | KOBRE & KIM LLP<br>COUNSEL TO DCP CLAIMANTS<br>ATTN STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | KUSHNER, THOMAS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| LANDESBANK BADEN-WÜRTTEMBERG<br>AM HAUPTBAHNHOF 2<br>BADEN-WUERTTEMBERG<br>STUTTGART 70173<br>GERMANY | LANDESBANK BADEN-WÜRTTEMBERG<br>P.O. BOX 10 60 49<br>STUTTGART 70049<br>GERMANY | LEARY, ROBERT<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| LIEBERGALL, JONATHAN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | LITWAK, NATHANIEL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | LYNCH, BRENDAN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| MARKITSERV, LLC (F/K/A SWAPSWIRE LTD.)<br>450 WEST 33RD STREET<br>5TH FLOOR<br>NEW YORK, NY 10001 | MARTA 2005-A RAILCAR LEASING TRUST<br>C/O WILMINGTON TRUST COMPANY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | MARTA 2005-B RAILCAR LEASING TRUST<br>C/O WILMINGTON TRUST COMPANY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 |
| MEDIOLI, ALFRED<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | MERCURY CDO 2004-1 LTD.<br>C/O WALKERS SPV LIMITED<br>P.O. BOX 908 GT<br>WALKER HOUSE, MARY STREET, GEORGE TOWN<br>GRAND CAYMAN CAYMAN ISLANDS | MERCURY CDO 2004-1 LTD.<br>ONE NEXUS WAY<br>CAMANA BAY<br>GRAND CAYMAN KY1-9005<br>CAYMAN ISLANDS |
| MERRILL LYNCH INTERNATIONAL<br>ATTN: MANAGER, FIXED INCOME SETTLEMENTS<br>ROPEMAKER PLACE<br>25 ROPEMAKER STREET<br>LONDON EC2Y 9LH UNITED KINGDOM | METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY<br>ATTN: CHIEF FINANCIAL OFFICER<br>2424 PIEDMONT ROAD N.E.<br>ATLANTA, GA 30324-3330 | METROPOLITAN TRANSPORTATION AUTHORITY<br>ATTN: TREASURY DEPT.<br>345 MADISON AVENUE, 11TH FLOOR<br>NEW YORK, NY 10017 |

| | | |
|---|---|---|
| MIHALY, MATTHEW<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | MORGAN STANLEY CAPITAL SERVICES LLC<br>ATTN: MANAGING DIRECTOR - SWAPS<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | NORTHEASTERN UNIVERSITY<br>ATTN: SENIOR VP - TREASURER<br>360 HUNTINGTON AVENUE<br>BOSTON, MA 02115 |
| OFFICE OF SEC. OF STATE OF CT.<br>HON. DENISE W. MERRILL<br>ATTN: CAPITOL OFFICE<br>PO BOX 150470<br>HARTFORD, CT 06115-0470 | OFFICE OF THE STATE TREASURER (CT.)<br>UNCLAIMED PROPERTY DIVISION<br>55 ELM ST<br>HARTFORD, CT 06106 | OFFICE OF THE U.S. ATTORNEY DIST OF DEL.<br>C/O ELLEN SLIGHTS<br>ATTN DAVID C WEISS<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING ST, STE 2207, LOCKBOX 35<br>WILMINGTON, DE 19801 | PALAZZO, JOANN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | PAMELA CORRIE LLC<br>[ADDRESS REDACTED] |
| PARK, EUGENE<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | PARTNER, ANDREW<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | PETERSON, CARL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| PIKE, STEVEN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | PLAGEMANN, THOMAS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | POWELL, ROBERT<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| PRICEWATERHOUSECOOPERS LTD<br>21ST FLOOR EDINBURGH TOWER<br>15 QUEENS ROAD CENTRAL<br>HONG KONG<br>CHINA | RAAB, DANIEL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | REED, ANN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| REGIONS EQUIPMENT FINANCE, LTD.<br>321 N. SEMINARY STREET<br>FLORENCE, AL 35630 | RFC CDO III LTD.<br>C/O MAPLES FINANCE LIMITED<br>P.O. BOX 1093 GT<br>SOUTH CHURCH STREET, GEORGE TOWN<br>GRAND CAYMAN CAYMAN ISLANDS | SALLIE MAE, INC.<br>ATTN: GENERAL COUNSEL'S OFFICE<br>12061 BLUEMONT WAY<br>RESTON, VA 20190 |
| SATANOVSKY, DMITRY<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | SCHELLENBERG WITTMER<br>LOWENSTRASSE 19<br>P.O. BOX 2201<br>ZURICH 8021<br>SWITZERLAND | SCHREINER, PAUL<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIR<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 |
| SIERRA MADRE FUNDING, LTD<br>C/O JPMORGAN CHASE BANK<br>ATTN: DAVID WHITE<br>600 TRAVIS STREET, 50TH FLOOR<br>HOUSTON, TX 77002 | SINGER, MARY HEATHER<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | SLM STUDENT LOAN TRUST 2004-10<br>C/O CHASE MANHATTAN BANK USA, N.A.<br>ATTN: CORPORATE TRUST DEPT.<br>500 STANTON CHRISTINA ROAD<br>NEWARK, DE 19713 |

| | | |
|---|---|---|
| ST 2001 FH-1 STATUTORY TRUST<br>C/O WILMINGTON TRUST COMPANY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | STANDARD & POORS (A DIVISION OF THE MCGRAW-HILL COMPANIES, INC,)<br>ATTN: LICENSING & CONTRACT ADMIN.<br>55 WATER STREET<br>NEW YORK, NY 10041 | STATE OF CONNECTICUT ATTORNEY GENERAL<br>ATTN: WILLIAM TONG<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106 |
| STEERS 1997 Z-2<br>C/O THE BANK OF NEW YORK<br>ATTN: CORPORATE TRUST ADMINISTRATION<br>101 BARCLAY STREET, 12E<br>NEW YORK, NY 10286 | STEIN, KEITH<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | STROHM, FRANK<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| SULLIVAN JR., TIMOTHY<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | SWIFT<br>AVENUE ADELE 1<br>LA HULPE 1310<br>BELGIUM | THE BANK OF NEW YORK MELLON<br>240 GREENWICH STREET<br>NEW YORK, NY 10286 |
| THE CHANNEL TUNNEL GROUP LTD<br>ATTN: JACQUES GOUNON<br>19 BOULEVARD MALESHERBES<br>PARIS 75008<br>FRANCE | TOFT, CHRIS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | TOM, JOE<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| TOWN OF WILTON<br>238 DANBURY ROAD<br>WILTON, CT 06897 | TRICOR SERVICES LIMITED<br>15/F, MANULIFE PLACE<br>348 KWUN TONG ROAD, KOWLOON<br>HONG KONG<br>CHINA | TRIMONT REAL ESTATE ADVISORS, INC.<br>C/O TRIMONT REAL ESTATE ADVISORS, LLC<br>3500 LENOX ROAD<br>ALLIANCE GARDEN CENTER, SUITE G1<br>ATLANTA, GA 30326 |
| TRUSTEES OF BOSTON UNIVERSITY<br>BOSTON UNIVERSITY<br>881 COMMONWEALTH AVENUE<br>BOSTON, MA 02115 | VETTER, RYAN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | WAGAR, STEVEN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 |
| WARD, THOMAS<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | WAYNE, MARTIN<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | WEIL, GOTSHAL & MANGES LLP<br>COUNSEL TO THE PARENT<br>ATTN JEFFREY D. SAFERSTEIN & GARRETT FAIL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 |
| WELLS FARGO BANK, N.A.<br>ATTN: CDO GROUP - RFC CDO III LTD.<br>9062 OLD ANNAPOLIS ROAD<br>COLUMBIA, MD 21045 | WELLS FARGO BANK, N.A.<br>1740 BROADWAY<br>MAC C7300-107<br>DENVER, CO 80274 | WILMINGTON TRUST COMPANY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 |
| WOLF, JAMES<br>C/O KOBRE & KIM LLP<br>ATTN: STEVEN W. PERLSTEIN<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | | |

<u>Total: 145</u>