IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AIG FINANCIAL PRODUCTS CORP.,[1] | : | Case No. 22-11309 (MFW) |
| Debtor. | : | |

---

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR DECEMBER 16, 2022 AT 10:30 A.M. (ET), BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**ZOOM INSTRUCTIONS:**

**This hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJltfuGrrjkqGBCnuIQgtc5mT_n4fRv-ask

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

**PLEASE TAKE NOTICE** that, on December 14, 2022, the debtor and debtor-in-possession in the above-captioned case (the "**Debtor**"), filed the following voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtor continues to operate its businesses as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is: AIG Financial Products Corp. (9410). The Debtor's address is 50 Danbury Road, Wilton, Connecticut 06897.

[2] All motions and other pleadings referenced herein are available free of charge by visiting the website maintained by the Debtor's proposed Voting and Claims Agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/AIGFP or by request to Debtor's proposed counsel (Troy Bollman, paralegal, at tbollman@ycst.com).

29711979.2

## PETITION AND RELATED PLEADINGS

1. Voluntary Petition of AIG Financial Products Corp. [Case No. 22-11309]

2. Declaration of William C. Kosturos, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2][3]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "**First Day Pleadings**"), to the extent set forth below, is scheduled for **December 16, 2022 at 10:30 a.m. (ET)** (the "**First Day Hearing**") before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

## FIRST DAY PLEADINGS GOING FORWARD

3. Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 3]

    Status:    This matter will be going forward.

4. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, (II) Authorizing the Debtor's Deposit Practices, and (III) Granting Related Relief [Docket No. 4]

    Status:    This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by registering their appearance through Zoom at the following link: https://debuscourts.zoomgov.com/meeting/register/vJItfuGrrjkqGBCnuIQgtc5mT_n4fRv-ask. After registering your appearance by Zoom, you will receive email confirmation containing information about joining the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

[*Signature Page Follows*]

---

[3] The physical location of this declarant is New York, New York.

Dated: December 14, 2022
       Wilmington, Delaware

Respectfully Submitted,

/s/ *Kara Hammond Coyle*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
          kcoyle@ycst.com
          sreil@ycst.com
          clyons@ycst.com

-and-

George A. Davis (*pro hac vice* admission pending)
Keith A. Simon (*pro hac vice* admission pending)
David Hammerman (*pro hac vice* admission pending)
Annemarie V. Reilly (*pro hac vice* admission pending)
Madeleine C. Parish (*pro hac vice* admission pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
       keith.simon@lw.com
       david.hammerman@lw.com
       annemarie.reilly@lw.com
       madeleine.parish@lw.com

*Proposed Counsel for Debtor and Debtor in Possession*