IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AIG FINANCIAL PRODUCTS CORP.,[1]                :   Case No. 22-11309 (MFW)
                                                :
         Debtor.                                :   Hearing Date: January 25, 2023 at 10:30 a.m. (ET)
                                                :   Objection Deadline: January 11, 2023 at 4:00 p.m. (ET)
------------------------------------------------------------ x

**NOTICE OF DISCLOSURE STATEMENT HEARING**

**TO:**   ALL HOLDERS OF CLAIMS AGAINST, AND HOLDERS OF EQUITY INTERESTS IN, AIG FINANCIAL PRODUCTS CORP. AND ALL OTHER PARTIES-IN-INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASE

**PLEASE TAKE NOTICE THAT** on December 14, 2022 (the "**Petition Date**"), AIG Financial Products Corp., as debtor and debtor-in-possession (the "**Debtor**"), commenced a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On the same date, the Debtor filed its (i) *Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code* [Docket No. 6] (as may be amended from time to time, the "**Plan**") and (ii) *Disclosure Statement for the Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code* [Docket No. 7] (as may be amended from time to time, the "**Disclosure Statement**"). In addition, on the Petition Date, the Debtor filed a motion seeking entry of an order, among other things, (i) approving the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code, (ii) establishing the Voting Record Date, Voting Deadline, and other dates, (iii) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan, and (iv) approving the manner and forms of certain notices (the "**Disclosure Statement Motion**").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court has scheduled a hearing before the Honorable Mary F. Walrath, United States Bankruptcy Judge, on **January 25, 2023 at 10:30 a.m. prevailing Eastern Time**, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801[3] (the "**Disclosure Statement Hearing**"), to consider the entry of an order approving the Disclosure Statement Motion (such order, the "**Proposed Disclosure Statement Order**"). Please be advised that the Disclosure Statement Hearing may be continued from time to time by the Bankruptcy Court or the Debtor without further notice other than by such adjournment being

---

[1]   The last four digits of the Debtor's federal tax identification number are 9410. The Debtor's mailing address is 50 Danbury Road, Wilton, CT 06897.

[2]   Capitalized terms used but not otherwise defined herein will have the meanings set forth in the Plan or Disclosure Statement Motion, as applicable.

[3]   To the extent the Disclosure Statement Hearing occurs virtually, participation instructions will be provided on the agenda filed on the docket prior to the Disclosure Statement Hearing.

announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on such parties as the Bankruptcy Court may order. If the Disclosure Statement Hearing is continued, the Debtor will post the new date and time of the Disclosure Statement Hearing on the website maintained by the Debtor's voting and claims agent, Epiq Corporate Restructuring, LLC (the "**Voting and Claims Agent**"), at https://dm.epiq11.com/AIGFP (the "**Case Website**"). The Disclosure Statement and Plan may be modified, if necessary, in accordance with the Bankruptcy Code, the Bankruptcy Rules, and other applicable law, before, during, or as a result of, the Disclosure Statement Hearing, without further notice to creditors or other parties in interest.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a Solicitation Package or if you have questions regarding the procedures and requirements for objecting to the approval of the Disclosure Statement, you may contact the Voting and Claims Agent by: (1) calling the Voting and Claims Agent at (855) 929-4075 (U.S./Canada) or +1 (971) 407-1066 (International), (2) emailing AIGFPinfo@epiqglobal.com, or (3) writing to AIG Financial Products Corp., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, Oregon 97005. You may also obtain copies of the Plan, the Disclosure Statement, and any other pleadings filed in the Debtor's chapter 11 case for a fee via PACER at: http://www.deb.uscourts.gov or free of charge on the Case Website (or by contacting the Voting and Claims Agent in the manner described above).

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the adequacy of the Disclosure Statement or any of the relief sought in the Disclosure Statement Motion must: (i) be made in writing; (ii) conform to the Bankruptcy Rules and the Local Rules; (iii) state with particularity the legal and factual basis for the objection; and (iv) be filed with the Bankruptcy Court (contemporaneously with a proof of service), and be served so as to be **actually received** by each of the following parties (the "**Notice Parties**") **on or before 4:00 p.m. prevailing Eastern Time on January 11, 2023** (the "**Plan Objection Deadline**"):

(a) <u>Proposed counsel to the Debtor</u>: (i) Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020 (Attn: Keith A. Simon (keith.simon@lw.com), Annemarie V. Reilly (annemarie.reilly@lw.com), and Madeleine C. Parish (madeleine.parish@lw.com)), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Michael R. Nestor (mnestor@ycst.com), Kara Hammond Coyle (kcoyle@ycst.com), Shane M. Reil (sreil@ycst.com) and Catherine C. Lyons (clyons@ycst.com));

(b) Counsel to any statutory committee appointed in the Chapter 11 Case; and

(c) <u>The Office of the United States Trustee for the District of Delaware</u>: 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Jane M. Leamy (Jane.M.Leamy@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE THAT** only those objections filed and served as prescribed herein will be considered by the Bankruptcy Court during the Disclosure Statement Hearing. If an objection to the Disclosure Statement is not filed and served as prescribed herein, the objecting party may be barred from objecting to the adequacy of the Disclosure Statement and may not be heard at the Disclosure Statement Hearing. If no objections to the Disclosure Statement Motion are timely and properly filed and served in accordance with the procedures set

forth herein, the Bankruptcy Court may enter an order granting the Disclosure Statement Motion without further notice.

Dated:  December 14, 2022  
        Wilmington, Delaware

Respectfully Submitted,

*/s/ Kara Hammond Coyle*  
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**  
Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Shane M. Reil (No. 6195)  
Catherine C. Lyons (No. 6854)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: mnestor@ycst.com  
       kcoyle@ycst.com  
       sreil@ycst.com  
       clyons@ycst.com

-and-

George A. Davis (*pro hac vice* admission pending)  
Keith A. Simon (*pro hac vice* admission pending)  
David Hammerman (*pro hac vice* admission pending)  
Annemarie V. Reilly (*pro hac vice* admission pending)  
Madeleine C. Parish (*pro hac vice* admission pending)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone:  (212) 906-1200  
Facsimile:  (212) 751-4864  
Email: george.davis@lw.com  
       keith.simon@lw.com  
       david.hammerman@lw.com  
       annemarie.reilly@lw.com  
       madeleine.parish@lw.com

*Proposed Co-Counsel for Debtor and Debtor-in-Possession*