**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AIG FINANCIAL PRODUCTS CORP.,[1] | Case No. 22-11309 (MFW) |
| Debtor. | **Related Docket Nos: 101, 132 & 135** |

**DEBTOR'S EXHIBIT LIST**
**FOR HEARING ON MARCH 27, 2023 AT 10:00 A.M. (ET)**

AIG Financial Products Corp. ("**AIG FP**" or the "**Debtor**"), the debtor and debtor in possession in the above-captioned case, hereby submits this exhibit list for the hearing scheduled for **March 27, 2023 at 10:00 a.m. (ET)** (the "**Hearing**") before the Honorable Mary J. Walrath, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 regarding the *Employee Plaintiff's Motion to Dismiss the Debtor's Chapter 11 Case* [Docket No. 101] (the "**Motion to Dismiss**").

| **Exhibit No.** | **Document Description** | **Docket No. / Bates Number** |
|---|---|---|
| | **Bankruptcy Court Filings and Documents** | |
| Debtor 1 | December 13, 2022 Unanimous Written Consent of the Debtor's Board of Directors | Dkt. 1 |
| Debtor 2 | Declaration of William C. Kosturos, Chief Restructuring Officer of the Debtor, in Support of Chapter 11 Petition and First Day Pleadings | Dkt. 2 |
| Debtor 3 | Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code | Dkt. 6 |

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is: AIG Financial Products Corp. (9410). The Debtor's address is 50 Danbury Road, Wilton, Connecticut 06897.

| Exhibit No. | Document Description | Docket No. / Bates Number |
|---|---|---|
| Debtor 4 | Disclosure Statement for Plan of Reorganization for AIG Financial Products Corp. Under Chapter 11 of the Bankruptcy Code | Dkt. 7 |
| Debtor 5 | Transcript of First Day Hearing dated December 16, 2022 | Dkt. 69 |
| Debtor 6 | Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs | Dkt. 82&83 |
| Debtor 7 | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2022 Filed by AIG Financial Products Corp. | Dkt. 115 |
| Debtor 8 | Verified Statement of Kobre & Kim LLP, Hurwitz Sagarin Slossberg & Knuff LLC, and Landis Rath & Cobb LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 | Dkt. 131 |
| Debtor 9 | Chart Distinguishing Third Circuit and Delaware Caselaw (Exhibit A to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 10 | Debtor's Form of Complaint Against the Former Executives (Exhibit B to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 11 | Debtor's Organization Chart (Exhibit C to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 12 | Parent Guarantee (Exhibit D to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 13 | Deferred Compensation Plan (Exhibit E to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 14 | Special Incentive Plan (Exhibit F to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 15 | AIG FP Revolving Credit Agreement (Exhibit G to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 16 | Total Payments Made to the Former Executives (Exhibit H to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 17 | Compensation Plan Restoration Lapse Letter (Exhibit I to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 18 | Former Executives' Complaint Filed in *Arthurs v. AIG Fin. Prod. Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. Dec. 6, 2019) (Without Exhibits) (Exhibit J to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |

| Exhibit No. | Document Description | Docket No. / Bates Number |
|---|---|---|
| Debtor 19 | Resumé of Pamela B. Corrie (Exhibit K1 to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 20 | Resumé of John S. Dubel (Exhibit K2 to Debtor's Objection to the Former Executives' Motion to Dismiss) | Dkt. 132 |
| Debtor 21 | AIG FP Revolver Borrowings & Paydowns (Exhibit F to Debtor's Form of Complaint Against the Former Executives) | Dkt. 134 |
| Debtor 22 | Chapter 11 Monthly Operating Report for the Month Ending: 1/31/2023 Filed by AIG Financial Products Corp. | Dkt. 137 |
| Debtor 23 | Chapter 11 Monthly Operating Report for the Month Ending: 2/28/2022 Filed by AIG Financial Products Corp. | Dkt. 165 |
| Other Court Filings and Documents | | |
| Debtor 24 | Docket Sheet in *Arthurs v. AIG Fin. Prod. Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. Dec. 6, 2019) | |
| Debtor 25 | Claim Form in *Tobias Gruber v. AIG Mgmt. Fr., S.A.*., Case No. CLL-2014-000921 (EWHC) (Comm 2014) | |
| Debtor 26 | Rebuttal Expert Report of Alan Levine in *Arthurs v. AIG Fin. Prod. Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. 2019), dated October 7, 2022 | |
| Debtor 27 | Rebuttal Expert Report of Basil Imburgia in *Arthurs v. AIG Fin. Prod. Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. 2019), dated October 7, 2022 | |
| Debtor 28 | Rebuttal Expert Report of Wayne Guay in *Arthurs v. AIG Fin. Prod. Corp.*, Case No. X08-FST-CV-19-6046057-S (Conn. Super. Ct. 2019), dated October 7, 2022 | |
| Board and Special Committee Materials | | |
| Debtor 29 | January 27, 2022 Special Committee Meeting Minutes | AIGFP_CH11_00000015 |
| Debtor 30 | January 21, 2022 Unanimous Written Consent of the Debtor's Board of Directors re: Formation of the Special Committee | AIGFP_CH11_000000340 |
| Debtor 31 | January 21, 2022 Unanimous Written Consent of the Debtor's Board of Directors re: Appointment of Certain Additional Directors | AIGFP_CH11_000000338 |
| Debtor 32 | April 6, 2022 Special Committee Meeting Minutes | AIGFP_CH11_00000041 |
| Debtor 33 | August 5, 2022 FP Board Meeting Minutes | AIGFP_CH11_00000011 |

| Exhibit No. | Document Description | Docket No. / Bates Number |
|---|---|---|
| Correspondence | | |
| Debtor 34 | Email from Betsy Marks to Daniel J. Saval et al. re: "363 Motion" dated January 12, 2023 | |
| Debtor 35 | Letter from Steven Pearlstein to Zachary Saltzman dated December 5, 2022 | |
| Other Documents | | |
| Debtor 36 | Gibraltar Flows Spreadsheet | AIGFP_CH11_00000316 |
| Debtor 37 | Memo from Timothy Allison re: Intercompany Offset Journal Entries dated September 27, 2022 | AIGFP_CH11_000005089 |
| Debtor 38 | Memo from Timothy Allison re: Intercompany Offset Journal Entries #2 dated September 29, 2022 | AIGFP_CH11_000005085 |
| Debtor 39 | Memo from Timothy Allison re: Net Down of FP Balance Sheet dated November 19, 2022 | AIGFP_CH11_000005119 |
| Debtor 40 | Standstill Agreement dated December 6, 2022 | |

The Debtor reserves the right to cross-designate all exhibits designated by the Former Executives in connection with the Hearing, and also reserves the right to use additional exhibits for rebuttal or impeachment purposes.

The Debtor reserves the right to amend or supplement this exhibit list prior to the Hearing.

[*Signature page follows*]

Dated: March 23, 2023
Wilmington, Delaware

Respectfully Submitted,

*/s/ Kara Hammond Coyle*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
kcoyle@ycst.com
sreil@ycst.com
clyons@ycst.com

-and-

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
David Hammerman (admitted *pro hac vice*)
Annemarie V. Reilly (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
keith.simon@lw.com
david.hammerman@lw.com
annemarie.reilly@lw.com
madeleine.parish@lw.com

*Counsel for Debtor and Debtor in Possession*